

**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email: ghayes@tysonmendes.com
JENNIFER TANG
Nevada Bar No. 14628
Email: jtang@tysonmendes.com
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Telephone: (702) 724-2648
*Attorneys for Defendant,*
*Walmart Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LYNDA KELLER, Individually, <br><br> Plaintiff, <br> vs. <br><br> WALMART INC., and DOES I through X, and ROE CORPORATION XI through XX, inclusive, <br><br> Defendants. | Case No. 2:23-cv-00263-JAD-DJA <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LYNDA KELLER, by and through her counsel, DOMINIC VASQUEZ, ESQ., of VAQUEZ LAW and Defendant WALMART, INC., by and through its counsel, GRIFFITH H. HAYES, ESQ. and JENNIFER TANG, ESQ. of TYSON & MENDES LLP, that all claims in the present action be dismissed, with prejudice.

///

///

///

///

///

///

///

The parties further stipulate that each party will bear its/their own attorney fees and costs.

DATED this 2nd day of October, 2023.        DATED this 20th day of September, 2023.

VASQUEZ LAW                                 TYSON & MENDES LLP

 /s/ Dominic Vasquez                         /s/ Jennifer Tang
Dominic Vasquez, Esq.                       GRIFFITH H. HAYES
Nevada Bar No. 13272                        Nevada Bar No. 7374
521 S. 7th Street                           JENNIFER TANG
Las Vegas, NV 89101                         Nevada Bar No. 14628
dvasquez@vasquez.law                        2835 St. Rose Parkway, Suite 140
*Attorney for Plaintiff*                    Henderson, Nevada 89052
                                            *Attorneys for Defendant*
                                            *Walmart Inc.*

## ORDER

Based upon the Stipulation of the parties [ECF No. 10] and good cause appearing.

IT IS HEREBY ORDERED that **this case is dismissed** WITH PREJUDICE, each party to bear its own attorney's fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
October 3, 2023

Respectfully Submitted by:

TYSON & MENDES LLP

 /s/ Jennifer Tang
GRIFFITH H. HAYES
Nevada Bar No. 7374
JENNIFER TANG
Nevada Bar No. 14628
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant*
*Walmart Inc.*